IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANTHONY L. WILSON                                                      PLAINTIFF

v.                          No. 3:16-cv-330-DPM-JTK

POINSETT COUNTY JAIL                                                   DEFENDANT

## ORDER

Earlier this month, Wilson filed a § 1983 complaint against Sheriff Larry Mills in Case No. 3:16-cv-327-JLH-JTK. Wilson didn't pay the filing fee; so Magistrate Judge Kearney ordered him to file an application to proceed *in forma pauperis* by December 10th.

Last week, Wilson filed an *in forma pauperis* application and another complaint, which the Clerk docketed as this new case. But based on Magistrate Judge Kearney's Order and the complaint's substance, the Court believes Wilson meant for these papers to be filed in the earlier case. The Court therefore directs the Clerk to file Wilson's *in forma pauperis* application, № 1, in Case No. 3:16-cv-327-JLH-JTK; to docket his complaint, № 2, as an amended complaint in that case; and to close this case.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

*21 November 2016*